1  James E. Doroshow, Esq. (SBN: 112920)
       jdoroshow@linerlaw.com
2  Brian T. Hafter, Esq. (SBN: 173151)
       bhafter@linerlaw.com
3  Kevin Clonts, Esq. (SBN: 229696)
       kclonts@linerlaw.com
4  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
7
   Attorneys for Plaintiff
8  COBRA SCOOTERS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COBRA SCOOTERS, LLC, a Delaware limited liability company, | Case No. CV 09-1497 CW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| TAIWAN GOLDEN BEE CO., LTD., a Taiwanese limited company, GEORGE LIN, an individual, STANLEY SHA, an individual, and SOULE, BLAKE & WECHSLER, INC., a Connecticut corporation, | |
| Defendants. | |

   Having reviewed the Parties' Joint Stipulation Continuing Case Management Conference and Related Deadlines, and for good cause shown, the Court hereby continues all dates in the Case Management Schedule as follows:

- The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is hereby continued from July 14, 2009 to September 1, 2009;

- The last day to file ADR Certification signed by Parties and Counsel is hereby continued from July 14, 2009 to September 1, 2009;

Case No.  CV 09-1497 CW
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
0012508/003/ 44179v01

1  • The last day to file Stipulation to ADR Process or Notice of Need for
2    ADR Phone Conference is hereby continued from July 14, 2009 to
3    September 1, 2009;
4  • The last day to file Rule 26(f) Report, complete initial disclosures or
5    state objection in Rule 26(f) Report and file Case Management
6    Statement is hereby continued from July 28, 2009 to September 15,
7    2009; and
8  • The Initial Case Management Conference is hereby continued from
9    August 4, 2009 at 2:00 p.m. to September 22, 2009 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __7/14___ __, 2009            _____
                                       Hon. Claudia Wilken
                                       Judge, United States District Court