James E. Doroshow, Esq. (SBN: 112920)
jdoroshow@linerlaw.com
Brian T. Hafter, Esq. (SBN: 173151)
bhafter@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiff
COBRA SCOOTERS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

COBRA SCOOTERS, LLC, a Delaware limited liability company,

Plaintiff,

vs.

TAIWAN GOLDEN BEE CO., LTD., a Taiwanese limited company, GEORGE LIN, an individual, STANLEY SHA, an individual, and SOULE, BLAKE & WECHSLER, INC., a Connecticut corporation,

Defendants.

Case No. CV 09-1497 CW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Having reviewed the Parties' Joint Stipulation Continuing Case Management Conference and Related Deadlines, and for good cause shown, the Court hereby continues all dates in the Case Management Schedule as follows:

- The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is hereby continued from September 1, 2009 to October 27, 2009;
- The last day to file ADR Certification signed by Parties and Counsel is hereby continued from September 1, 2009 to October 27, 2009;
- The last day to file Stipulation to ADR Process or Notice of Need for

ADR Phone Conference is hereby continued from September 1, 2009 to October 27, 2009;

- The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is hereby continued from September 15, 2009 to November 10, 2009; and
- The Initial Case Management Conference is hereby continued from September 22, 2009 at 2:00 p.m. to November 17, 2009 at 2:00 p.m.

Moreover, the last day to respond to Counterclaims should be continued from October 1, 2009 to November 10, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __9/3/ 2009

Hon. Claudia Wilken
Judge, United States District Court